U. S. DISTRICT COURT
Eastern District of Louisiana

United States District Court ~FILED~ NOV 1 4 2011

Eastern District of Louisiana LORETTA G. WHYTE
Clerk

Timothy Wayne Murray

versus

Rodney Jack Strain, Jr, ET AL

Civil Action
10-1755
Section: "A" (3)

Jury Demand

## Motion For Order

"General Objection": Plaintiff hereby enters a General Objection to defendants answers to Plaintiff's first set of interrogatories as well as defendants plead for affirmative defense of Qualified immunity in the answer.

1. Defendants are not ▓▓▓▓ entitled for Qualified immunity, because....

TENDERED FOR FILING

NOV 10 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

____ Fee_____
____ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
Doc. No._____

2. Plaintiff's rights of the 5th, 8th, and 14th amendments were "clearly" violated, whereas Plaintiff was beating and had the dogs put on him when he tried to give up peacefully.

3. Plaintiff's rights were once again violated when he did not receive medical treatment by a doctor for approx. 10 hours, when even a lay person could tell that Plaintiff needed "immediate" care from a doctor. for his injuries.

4. Plaintiff's rights that were violated were clearly established at the time of this incident.

5. The defendants were personally responsible for the violations of Plaintiff's rights.

6. All defendants should have known that they were acting illegally.

Page #2

7. All Supervisors were negligent in managing the people they were supervising because they knew of the violation and failed to do anything to fix it.

8. The Supervisor is also at fault for creating a policy or custom allowing or encouraging the illegal act. Meriweather v. Coughlin, 879 F.2d 1037 (2d Cir. 1989)

_____

Plaintiff's objection to defendants answers for Plaintiff's first set of interrogatories:

1. Defendants objected to Plaintiff's first set of interrogatories saying that they were irrelevant, over broad, vague, and ambiguous.

Page #3

2. Plaintiff's interrogatories are not irrelevant, over broad, vague, or ambiguous. Plaintiff's interrogatories are simply trying to get information that is relevant to this case, so he can prepair his self for trial, and Rule 33 of Federal Rules of Civil Procedure clearly shows that Plaintiff ~~is~~ is intitled to all discovery that he is asking for in his first set of interrogatories.

3. The defendants answers are not fair to Plaintiff at all, and all Plaintiff is looking for is a "fair" chance to prove this case. And with that being said, Plaintiff is now asking the Court to Rule on these matters, so that Plaintiff can simply get the discovery that is relevant and needed to prepair for trial.

Page #4

4. Plaintiff is trying to Get this discovery So that he Can PrePair his self for trial before the deadline for discovery is reached and the answers that defendants have GiviNG is No way at all eNough for Plaintiff to PrePair.

5. Plaintiff Prays that the Court will Give order to defendants to answer the Plaintiff's first set of interroGatories in full So that Plaintiff Can PrePair before deadlines.

RespectfullY
Submitted,

Timothy Wayne Murray
TimothY wayne Murray #569441
Camp-C-TiGer 2/L #4
LSP
ANGola, La. 70712

Page #5

# Certificate of Service

I do hereby certify that I have on this 11/8/2011 day of November, 2011 Forwarded a copy of the foreGoing Pleading to defendant's Attorneys Charles M. HuGhes, Jr. #(14382) and GarY L. Hanes (#14341), by Sending them the Same throuGh Classification here at ANGola Prison.

Timothy Murray

# TALLEY, ANTHONY, HUGHES & KNIGHT, L.L.C.

### A LIMITED LIABILITY COMPANY

## ATTORNEYS AT LAW

E. B. DITTMER II *
CHARLES M. HUGHES, JR., **
PAUL S. HUGHES*
CRAIG J. ROBICHAUX**
JOCELYN R. GUIDRY
RYAN G. DAVIS*
PAMELA L. HERSHEY
GARY L. HANES
ANGELIQUE PROVENZANO-WALGAMOTTE
RACHAEL P. CATALANOTTO

www.tahk.net

MANDEVILLE, LA OFFICE:
2250 7ᵗʰ STREET
MANDEVILLE, LA 70471
(985) 624-5010
FAX (985) 624-5306

BOGALUSA, LA OFFICE:
322 COLUMBIA STREET
BOGALUSA, LA 70429-0340
(985) 732-7151
FAX (985) 732-1664

OF COUNSEL

JAMES R. STRAIN, JR.
MARTHA L. JUMONVILLE

October 31, 2011

WRITER'S EMAIL ADDRESS:
gary.hanes@talleyanthony.com

WRITER'S VOICEMAIL EXTENSION:
114

*A LIMITED LIABILITY COMPANY
**A PROFESSIONAL CORPORATION

PLEASE REPLY TO:
MANDEVILLE ADDRESS

Timothy Wayne Murray
Camp-C-Tiger 2/L #4
Louisiana State Penitentiary
Angola, LA 70712

Re:     Timothy Wayne Murray v. Rodney Jack Strain, Jr., et al.
         Docket No. 10-1755, Sec. "A", Mag. 03
         Our File No. 3320-21807

Dear Mr. Murray:

Enclosed please find copies of *Defendant Sheriff Strain's Answers to Plaintiff's First Interrogatories, Defendant Dr. Inglese's Answers to Plaintiff's First Interrogatories, Defendant Dr. French's Answers to Plaintiff's First Interrogatories, Defendant Dr. Dileo's Answers to Plaintiff's First Interrogatories, Defendant Jeremy Church's Answers to Plaintiff's First Interrogatories, Defendant Jeff Brady's Answers to Plaintiff's First Interrogatories, Defendant Ben Sadowski's Answers to Plaintiff's First Interrogatories, Defendant Ben Godwin's Answers to Plaintiff's First Interrogatories*, and *Defendant Robert Edwards' Answers to Plaintiff's First Interrogatories*, along with attached documentation, on behalf of our clients, the defendants in the referenced matter.

If you have any questions about any of the above, please do not hesitate to contact me.

Sincerely yours,

TALLEY, ANTHONY, HUGHES & KNIGHT, L.L.C.

Gary L. Hanes

GLH/st
Enclosures



US POSTAGE >> PITNEY BOWES

$ 003.08⁰
ZZ 70712
02 1N
0001385934 NOV 09 2011.

Timothy 1
Camp-c-Tiger 2L #4
LSP
Angola, LA 70712

Legal mail

United States District Court
Eastern District of Louisiana
500 Poydras St. Rm C-151
New Orleans, LA 70130