UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY WAYNE MURRAY | CIVIL ACTION NO.:  10-1755 |
| VERSUS | SECTION:  "A" |
|  | MAGISTRATE:  03 |
| RODNEY JACK STRAIN, JR., ET AL. | JURY DEMAND |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
PURSUANT TO RULE 56(b)
OF FEDERAL RULES OF CIVIL PROCEDURE**

**1.  Relief Sought**

NOW INTO COURT, through undersigned counsel, come Rodney J. Strain, Jr., in his capacity as Sheriff of St. Tammany Parish ("Sheriff Strain"), Ben Godwin, Jeremy Church, Robert Edwards, Ben Sadowski, Jeff Brady, Dr. Richard Inglese, Dr. Marcus Dileo, Dr. Gary French, and Dr. Sureshkunar Bhatt, defendants herein, who, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, jointly move this Honorable Court for an order dismissing, with prejudice, plaintiff Timothy Wayne Murray's claims against them as asserted in the plaintiff's original Complaint (Rec. doc. 1), filed herein on June 17, 2010, and his Motion to Amend Complaint (Rec. doc. 29), filed on September 1, 2011, for the reasons set out below.

## 2.  Grounds for Motion

At all relevant times herein, the plaintiff was a pre-trial detainee charged with first-degree murder.  He was in the custody of Sheriff Strain and being held at the St. Tammany Parish Jail.  On June 18, 2009, he was able to escape from the Jail, resulting in an intense man-hunt by personnel of the St. Tammany Parish Sheriff's Office ("the STPSO") as well as other cooperating law-enforcement agencies.  On June 21, 2009, the plaintiff was recaptured and transported back to the Jail by STPSO deputies, namely, defendants Godwin, Church, Edwards, Sadowski, and Brady.  He now seeks to recover damages against the defendants based on allegations of civil-rights violations related to that recapture.  Specifically, the plaintiff alleges that the deputies who recaptured and transported him used excessive force in doing so.  He also asserts that he received inadequate medical treatment from the Jail medical department, specifically, defendants Dr. Inglese, Dr. French, Dr. Dileo, and Dr. Bhatt, for the injuries he allegedly sustained in the recapture and in a later slip-and-fall in the Jail.

But, as the defendants set out in the accompanying Memorandum in Support and confirmed by the accompanying exhibits, the plaintiff failed to exhaust his administrative remedies prior to filing this lawsuit, despite such exhaustion being a legal prerequisite to the suit.  In addition, the defendants are entitled to qualified immunity under the facts pled and the evidence tendered by the plaintiff.  As a result of either or both of these reasons, the plaintiff's claims against the defendants are legally unjustified and without merit.  After this Honorable Court reviews this Motion, the defendants' supporting argument, and the record in this matter, the defendants are convinced that the Court will find the plaintiff's suit against them to be without merit and will order its dismissal.

### 3. Conclusion and Prayer

The rationale and reasoning for this Motion are more fully explained and documented in the attached Memorandum of Law, Statement of Uncontested Material Facts, and accompanying exhibits. Based upon those reasons, the defendants herein request this Honorable Court to grant this Motion for Summary Judgment, for the specific grounds urged herein.

Respectfully submitted:

**TALLEY, ANTHONY, HUGHES & KNIGHT, L.L.C.**

BY:     /s/Gary L. Hanes
    CHARLES M. HUGHES, JR. (#14382)(T.A.)
    RYAN G. DAVIS (#29138)
    GARY L. HANES (#14341)
2250 7th Street
Mandeville, Louisiana 70471
Telephone: (985) 624-5010
Facsimile: (985) 624-5306
Email: gary.hanes@talleyanthony.com

Attorneys for Defendants
Rodney J. Strain, Jr., in his capacity as Sheriff of St. Tammany Parish, Richard D. Inglese, M.D., Gary French, M.D., Marcus Dileo, M.D., Sureshkunar Bhatt, Deputy Jeremy Church, Deputy Jeff Brady, Deputy Ben Sadowski, Deputy Ben Godwin, and Deputy Robert Edwards

### CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2012, a copy of the foregoing Defendants' Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that a photocopy of this filing and notice of electronic filing will be mailed this date to plaintiff herein, as a pro se non-CM/ECF participant, via U.S. Mail, postage prepaid, at the address on file with the Clerk.

         /s/ Gary L. Hanes
            GARY L. HANES