UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY WAYNE MURRAY | CIVIL ACTION NO.: 10-1755 |
| | SECTION: "A" |
| VERSUS | |
| | MAGISTRATE: 03 |
| RODNEY JACK STRAIN, JR., ET AL. | JURY DEMAND |

## AFFIDAVIT OF WARDEN GREG LONGINO

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, Notary Public, came Warden Greg Longino, Deputy Sheriff of St. Tammany Parish, who after being duly sworn did depose and state:

1. I am a Deputy Sheriff of St. Tammany Parish and currently hold the position of Warden the St. Tammany Parish Jail and because of my duties I know the facts set forth in this Affidavit of my own personal knowledge.

2. I have been employed by the St. Tammany Parish Sheriff's Office since July of 1990. I am POST (Peace Officer Standards and Training) certified in corrections and basic law enforcement.

3. The St. Tammany Parish Jail implemented an Inmate Complaint Procedure in May 2005, which was in place and available to all inmates at the St. Tammany Parish Jail in June of 2009.

4. The Inmate Complaint Procedure was implemented in order for inmates to try to resolve their problems before filing a grievance through the jail's administrative remedy procedure.

5. I have certified and attached a true copy of the summary of the St. Tammany Parish Jail Inmate Complaint Procedure that was in place in June of 2009, and a copy of the complaint form used in the procedure.

6. If an inmate's complaint is not remedied through the inmate complaint procedure, the inmate may then proceed to the jail's official grievance process, which is called the Administrative Remedy Procedure.

7. The St. Tammany Parish Jail has an administrative grievance process called the Administrative Remedy Procedure (ARP) in place and available to all inmates incarcerated at the St. Tammany Parish Jail and was available to all inmates in June of 2009.

8. All inmates are entitled to use the jail's administrative remedy procedure, including Department of Corrections inmates, parish jail inmates, and pre-trial detainees.

9. A summary of the jail's administrative remedy procedure may be found in the St. Tammany Parish Jail Inmate Handbook that is given to every inmate who is booked into the St. Tammany Parish Jail. I have certified and attached a true copy of the summary of the administrative remedy procedure as it appears in inmate handbook.

10. A copy of the complete administrative remedy procedure could also be found in the St. Tammany Parish Jail law library wherein access to the procedure is available to all inmates and was available to all inmates in June of 2009.

11. Both the Inmate Complaint Procedure and the Administrative Remedy Procedure were posted in every housing unit of the St. Tammany Parish Jail in June of 2009.

12. The complaint form and grievance forms were available in every housing unit at the St. Tammany Parish Jail and were made easily accessible to all inmates in June of 2009.

13. An inmate could also ask any jail deputy for the complaint or grievance forms.

14. To initiate the grievance process, an inmate must fill out the inmate grievance form, which is made easily accessible to all inmates at the jail. In lieu of the form, an inmate may submit a written communication containing the words "This is a grievance through the ARP."

15. Under the grievance procedure available at the time of the alleged incident, a grievance must be filed within ninety (90) days from the date the incident giving rise to the grievance occurred. Any grievance filed more than ninety (90) days after the incident is rejected as untimely.

16. The First Level Respondent must respond to the inmate's grievance within fifteen (15) days from the date the request is referred to me. This step is designated as the First Step Review.

17. If an inmate is not satisfied with the results of the First Step Review, the inmate may appeal to me within five (5) days of the inmate's receipt of the response by the First Level Respondent. This step is designated the Second Step Review. The Warden has twenty-five (25) working days to reply to the appeal.

18. If an inmate does not like the results of the Second Step Review, the inmate may appeal to the Sheriff within five (5) days of the inmate's receipt of the reply. The Sheriff has forty (40) working days to reply to the appeal.

19. If the inmate is not satisfied with the results of this final level of review of the jail's administrative grievance process, he may then file suit.

20. The inmate, Warden, or Sheriff may request a five (5) working day extension of time in responding to the grievance.

21. If an inmate does not receive a response to a grievance or appeal within the time allowed by the First Level Respondent, Warden or the Sheriff, an inmate would still be required to follow through to the next step of the grievance process.

22. I have attached a copy of the blank forms used in the administrative remedy procedure, which include the inmate grievance form used by inmates to initiate the administrative grievance process, the form used for the First Level Respondent's response to the grievance, the form used for the Warden's Review Decision, and the form used for the Sheriff's Review Decision.

23. In the case of an inmate complaint about medical care, inmate complaints and grievances are forwarded directly to the jail medical staff.

24. Neither the Sheriff, I, nor any of other Sheriff's deputy has the authority to make medical decisions. Medical decisions are made by personnel in the jail's medical department.

25. The medical department has the responsibility of acting upon and responding to the inmate's grievance regarding medical care.

26. Inmate Timothy Wayne Murray never filed a grievance concerning his claim that he was denied medical treatment while incarcerated in the St. Tammany Parish Jail or that the alleged lack of treatment was in retaliation for his escape in June 2009.

27. Inmate Timothy Wayne Murray did not exhaust all his administrative remedies as required by the St. Tammany Parish Jail Administrative Remedy Procedure concerning his claims which are the subject of his complaint prior to filing his lawsuit.

_____
Warden Greg Longino

Sworn to and subscribed before me,

this 10th day of January, 2011.

_____
Notary Public
GARY L. HANES
La. Bar #19341

## Inmate Complaint Procedure

This facility has an official grievance process that is called an Inmate Grievance Administrative Remedy Procedure (ARP).

All inmates are entitled to use the (ARP) this includes DOC Inmates, Parish Jail Inmates, and Pre - Trial Detainees.

Inmates must try to solve their problem (s) before filing a grievance through the ARP by talking to a Shift Supervisor during his/her rounds, if your compliant is not remedied then file a written complaint with the Captain of Operations by following the steps listed below;

    Fill out a complaint form
    Turn the complaint form into the Mail Deputy
    The Mail Deputy will then turn your complaint into the Captain of Operations Administrative Assistant in order for the complaint to be recorded.
    Once the Captain of Operations reviews the complaint he will then forward the complaint to the appropriate Supervisor
    The complaint will be answered within five (5) working days

If your complaint is not remedied proceed to the ARP Procedure.

## Inmate Grievance
## Administrative Remedy Procedure ARP)

This procedure allows an inmate to ask for a review of a complaint that the inmate has about a policy, condition, or incident in the facility that affects the inmate personally. The grievance concerning an incident may be filed on jail staff or another inmate. The inmate must cooperate with the grievance investigation.

Some matters are not reviewed through the ARP.

Inmates may check out the ARP from the proper place in order to find out all details concerning the entire process and procedure.

Inmates must file on a standard form supplied by the facility or may use a piece of paper but the phrase "This is a grievance through the ARP" must be on the piece of paper.

Inmates cannot abuse the ARP, or they may be subject to Disciplinary action

An inmate may file an emergency or sensitive grievance.

The inmate files a grievance within 90 days of the incident

Turn the Grievance into the Mail Deputy.

The Mail Deputy will then turn your Grievance into the Deputy Warden's Office.

>A Screening Officer will be appointed to reply within 15 working days.

>The inmate may appeal to the Warden within 5 days after receiving notification from the screening Officer.

>The Warden shall reply within 25 working days.

>The inmate may appeal to the Sheriff or his designee within 5 days of receiving the Warden's reply.

>The Sheriff or his designee shall reply within 40 working days.

The inmate, Warden, and Sheriff may ask for a 5 working day extension.

## INMATE GRIEVANCE

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME _____ CELL LOCATION _____

INMATE DATE OF BIRTH _____ DATE OF INCIDENT _____

NAME & LOCATION OF WITNESSES _____

_____

NAME OF STAFF INVOLVED _____

_____

SUMMARY OF COMPLAINT _____

_____

_____

_____

IS THIS AN EMERGENCY GRIEVANCE? YES _____ NO _____

SPECIFIC RELIEF DESIRED _____

INMATE SIGNATURE _____

********************************************************************************

### FOR WARDEN'S USE

Grievance # _____ Date Received _____

Type Grievance _____ Screened by _____

REJECTED: (return & obtain receipt)  RETURNED: (return & obtain inmate receipt)
_____ Outside the scope of this procedure because  _____ Multiple complaints; file separate
grievances
_____ Does not personally affect this inmate  _____ Vague complaint: state more facts / clarify
_____ Disciplinary Review Board Decision  _____ Summarize complaint
_____ Refusal of mail  _____ Other: (specify) _____
_____ Court Decision / Pardon - Parole Board
_____ Filed more than 90 days after the incident  _____ Accepted & referred to _____
_____ Duplicate grievance by same inmate  Policy / procedure challenge: yes _____ no _____
_____ Other: (specify)

********************************************************************************

### INMATE RECEIPT OF RESPONSE TO GRIEVANCE

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

_____     _____
            (Date)                              (Inmate Signature)

# RESPONSE TO GRIEVANCE

To: _____  Cell Location: _____

From: _____
      (Respondent)                                            (Title/Location)

GRIEVANCE

_____ FOUNDED       _____ UNFOUNDED

REASONS: _____

_____

_____

_____

ACTION TAKEN/RECOMMENDATION (If Founded) _____

_____

DISPOSITION OF RECOMMENDATION (if Applicable) _____

_____

_____  _____
(Date)                                                            (Respondent Signature)

INSTRUCTIONS TO RESPONDENT: Return this Response to the Warden as quickly as is reasonably possible, but not later than 5 days from the date the inmate signs the receipt of receiving his/her Response to Grievance from the First Respondent.

****************************************************************************************************

## INMATE RECEIPT

(If you wish further review of your Grievance you must sign the following Request for Warden's Review and send it to the Warden within 5 days of receiving this Response. If your Grievance was noted as a Policy/Procedure challenge, the Warden may ask for employee & inmate advisory comments before making his decision. If you object to any particular inmate(s) so participating. List their names(s) below. You will receive the Warden's Decision within 30 days of filing of your Grievance, as the Warden can ask for a 5 day extension to respond).

_____  _____
(Date)                                                            (Inmate Signature)

****************************************************************************************************

## REQUEST FOR WARDEN'S REVIEW

I hereby request review of my Grievance by the Warden, or his designee.

_____  _____
(Date)                                                            (Inmate Signature)

****************************************************************************************************

## FOR WARDEN'S USE

Date Request for Warden's Review Received: _____

****************************************************************************************************

## WARDEN'S REVIEW DECISION

To:_____     Cell Location:_____
        (inmate)

GRIEVANCE

_____ FOUNDED          _____ UNFOUNDED

REASONS _____

_____

_____

_____

_____

ACTION TAKEN (if founded) _____

_____

_____     _____
        (date)                              Warden

---

**INMATE RECEIPT**

(If you wish further review of your Grievance you must sign the following Request for Sheriff's Review and send it to the Sheriff within 5 days of receiving this Warden's Review Decision. You will receive the Sheriff's decision within 40 days after the Sheriff receives your Request, or, if less, within ninety days after you originally filed your Grievance).

_____     _____
        (date)                         (inmate signature)

---

**REQUEST FOR SHERIFF'S REVIEW**

I hereby request review of my Grievance by the Sheriff, or his designee.

_____     _____
        (date)                         (inmate signature)

---

-for Sheriff's use-
date request for Sheriff's Review rec'd:_____
copy 1 - Warden/copies 2 & 3 - return to inmate
copy 3 - return if request Sheriff's review

## SHERIFF'S REVIEW DECISION

To: _____                  Cell location: _____
         (inmate)

GRIEVANCE

    _____ FOUNDED          _____ UNFOUNDED

REASONS _____

_____

_____

_____

_____

ACTION TAKEN _____

_____

_____

_____

_____                  _____
       (date)                                       Sheriff

| INMATE RECEIPT |
| --- |
| _____            _____ |
| (date)                                         (inmate signature) |

copy 1 - Sheriff/ copy 2 - Warden/ copy 3 - inmate